UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE SEJKO                                    JURY TRIAL DEMANDED

v.                                               CASE NO.  3:11CV

CENTURY FINANCIAL SERVICES, INC.
CONNECTICUT NEUROSCIENCE, P.C.

COMPLAINT

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"),

15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act ("CCPA"), and the

Connecticut Unfair Trade Practices Act.

2.  The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3.  Plaintiff is a natural person who resides in Connecticut.

4.  Defendant Century regularly collects personal medical debts by mail and telephone.

5.  Defendant Century attempted to collect a personal medical debt from plaintiff

purportedly owed to Connecticut Neuroscience.

6.  Defendants knew or had reason to know that plaintiff did not owe any debt to

Connecticut Neuroscience.

7.  In the collection efforts after December 12, 2010, defendant Century  violated the

FDCPA, § 1692d, -e, -f(1), or -g. Defendant Connecticut Neuroscience violated the parallel

provisions of the CCPA.

WHEREFORE plaintiff respectfully requests this Court to:

1.  Award plaintiff  such damages as are permitted by law, including $1,000 statutory

   damages  under the FDCPA against Century.

2.  Award plaintiff such damages as are permitted by law, including $1,000 statutory

damages under the CCPA against Connecticut Neuroscience.

3.  Award such other and further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY__/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net