UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE SEJKO                                    JURY TRIAL DEMANDED

v.                                               CASE NO.  3:11CV  1917 (AWT)

CENTURY FINANCIAL SERVICES, INC.
CONNECTICUT NEUROSCIENCE, P.C.

NOTICE OF PARTIAL DISMISSAL

Pursuant  to Rule 4l(a)(l), plaintiff hereby dismisses  the within action as to

defendant CONNECTICUT NEUROSCIENCE  **ONLY** without costs or fees to any party.

The action remains pending as to the other defendant.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395

Certificate of Service

I hereby certify that on January 6, 2012, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395