UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE SEJKO

v.                                    CASE NO.  3:11CV  1917 (AWT)

CENTURY FINANCIAL SERVICES, INC.

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

                                              THE PLAINTIFF

                                              BY_____/s/ Joanne S. Faulkner__
                                              JOANNE S. FAULKNER ct04137
                                              123 Avon Street
                                              New Haven, CT 06511-2422
                                              (203) 772-0395

Certificate of Service

I hereby certify that on February 13, 2012, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              ____/s/ Joanne S. Faulkner___
                                              JOANNE S. FAULKNER ct04137
                                              123 Avon Street
                                              New Haven, CT 06511-2422
                                              (203) 772 0395
                                              j.faulkner@snet.net